Velma K. Lim, SBN 111006
Jamie M. Bossuat, SBN 267458
KROLOFF, BELCHER, SMART,
PERRY & CHRISTOPHERSON
A Professional Law Corporation
7540 Shoreline Drive
Stockton, CA  95219
Phone: (209) 478-2000
Facsimile: (209) 478-0354
Email:  vlim@kroloff.com
            jbossuat@kroloff.com

Attorneys for Defendants
SAN JOAQUIN COUNTY, ROBERTA SCHRAMEK,
ADAM ARROYO, JACKIE BAGATTA,
ROLANDO CABRERA, VANDANA GOSWANI,
LYNN McCLAIN, MARSHAY McKNIGHT, DOUG
PETERSON, and CONRAD UY

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO BRANCH**

| | |
|---|---|
| LILLIE EARNEST, an individual,<br><br>            Plaintiff,<br><br>  vs.<br><br>THE SAN JOAQUIN COUNTY; SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 1021; SAN JOAQUIN GENERAL HOSPITAL; ANN MOONEY; Individual, JACKIE BAGAT'TA, Individual; MARSHAY McKNIGHT, Individual; ROLANDO CABRERA, Individual; DOUG PETERSON, Individual; CONRAD UY, Individual; ADAM ARROYO, Individual; VANDANA GOSWANI, Individual; ROBERTA SCHRAMEK, Individual; and LYNN McCLAIN, and DOES 1 through 10, inclusive,<br><br>            Defendants. | CASE NO. 2:16-CV-01064 MCE CKD<br><br>**ORDER CONTINUING AND CONSOLIDATING MOTIONS TO DISMISS AND MOTION TO STRIKE FILED BY DEFENDANTS TO SAME HEARING DATE** |

Defendants San Joaquin County, Roberta Schramek, Adam Arroyo, Jackie Bagatta, Rolando Cabrerea, Vandana Goswani, Lynn McClain, Marshay McKnight, Doug Peterson, and Conrad Uy submitted a Request to Continue Hearing Dates on all defendants' Motions

to Dismiss and Motions to Strike. The requested continuance sought to have all of the pending Motions to Dismiss and the Motion to Strike heard concurrently on October 20, 2016. Plaintiff filed an Opposition to Minute Order Filed by the Deputy Clerk and Proposed Order Filed by Ms. Lim on September 7, 2016 (Doc 24).

Having considered the arguments presented by both parties, and good cause appearing, IT IS ORDERED THAT the following motions are to be heard on October 20, 2016 at 2:00 p.m. in Courtroom 7:

- Defendants County of San Joaquin and Roberta Schramek's Motion to Dismiss First Amended Complaint or, in the Alternative, for a More Definite Statement (Doc 9) and Motion to Strike (Doc 10).
- Defendants Adam Arroyo, Jackie Bagatta, Rolando Cabrerea, Vandana Goswani, Lynn McClain, Marshay McKnight, Doug Peterson, and Conrad Uy's Motion to Dismiss First Amended Complaint or, in the alternative, For a More Definite Statement (Doc 19).
- Defendants Adam Arroyo, Jackie Bagatta, Rolando Cabrerea, Vandana Goswani, Lynn McClain, Marshay McKnight, Doug Peterson, and Conrad Uy's Joinder to Defendants County of San Joaquin's and Roberta Schramek's Motion to Strike (Doc. 20).
- Defendants Service Employees International Union Local 1021 and Ann Mooney's Joinder to County Defendants' Motion to Dismiss First Amended Complaint (Doc 15).
- Defendants Service Employees International Union Local 1021 and Ann Mooney's Joinder to County Defendants' Motion to Strike (Doc 16).
- Defendants Service Employees International Union Local 1021 and Ann Mooney's Motion to Dismiss First Amended Complaint (Doc 17).

IT IS SO ORDERED.

Dated: September 12, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE