WENDY HA CHAU, State Bar No. 278801
LAW OFFICES OF WENDY H. CHAU
555 California Street, Suite 4925
San Francisco, California 94104
Telephone: (415) 539-6116
Facsimile: (888) 958-1953

Attorney for Plaintiff
**Lillie Earnest**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LILLIE EARNEST, an individual ) <br> ) <br> PLAINTIFF, ) <br> ) <br> vs. ) <br> ) <br> THE SAN JOAQUIN COUNTY, SERVICE ) <br> EMPLOYEES INTERNATIONAL UNION ) <br> LOCAL 1021; SAN JOAQUIN GENERAL ) <br> HOSPITAL; ANN MOONEY; Individual, ) <br> JACKIE BAGATTA, Individual; MARSHAY ) <br> McKNIGHT, Individual; ROLANDO ) <br> CABREREA, Individual; DOUG PETERSON,) <br> Individual; CONRAD LJY, Individual; ) <br> ADAM ARROYO, Individual; VANDANA ) <br> GOSWANI, Individual; ROBERTA ) <br> SCHRAMEK, Individual; and LYNN ) <br> McCLAIN, and DOES 1 through 10, inclusive,) <br> ) <br> DEFENDANTS. ) <br> ) <br> ) | CASE NO: 2:16-cv-01064-MCE-CKD <br><br> **ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |

Pursuant to Local Rules 140 and 141, Plaintiff Lillie Earnest has requested that Exhibits 1 and 2 of her originally filed Second Amended Complaint (ECF No. 36) be sealed. Those exhibits contain private personal information that has not been redacted. Plaintiff subsequently filed a Corrected Second Amended Complaint (ECF No. 37) with portions of Exhibits 1 and 2 appropriately redacted. Plaintiff's request is unopposed.

The Court hereby GRANTS Plaintiff's request to seal the following documents:

- ECF 36-1: EEOC and DFEH correspondence and copy of her original filed complaints
- ECF 36-2: Copy of Mortgage bank statement and paystubs

IT IS SO ORDERED.

Dated: May 4, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE